05-CV-01365-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JAMES BATTLE, | ) | CASE NO. C05-1365-TSZ-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| STATE OF WASHINGTON, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the unopposed Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED and this case is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 6th day of Sept, 2005.

THOMAS S. ZILLY
United States District Court Judge

ORDER OF DISMISSAL
PAGE -1